| | |
|---|---|
| 1 | |
| 2 | |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LARRY DUNN,<br><br>            Plaintiff,<br>     vs.<br><br>HOMETOWN BUFFET, INC.; and DOES 1 to 10,<br><br>            Defendants. | **Case No.: 2:19-cv-08866-PA (JCx)**<br>Assigned to Hon. Percy Anderson<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION** |

[PROPOSED] ORDER

1  Based on the stipulation of the parties and for good cause shown:

3  IT IS HEREBY ORDERED that the entire action be dismissed without
5  prejudice, all parties to bear their own fees and costs.

7  SO ORDERED.

9  DATED: May 05, 2020          _____
                                United States District Court Judge